UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

SPORTSTRADE, INC.,

    Defendant.

ECF CASE

No.: 1:21-cv-04548-WFK-TAM

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: March 28, 2022
       New York, New York

                                      s/ Douglas B. Lipsky
                                      Douglas B. Lipsky
                                      LIPSKY LOWE LLP
                                      420 Lexington Avenue, Suite 1830
                                      New York, New York 10170-1830
                                      doug@lipskylowe.com
                                      212.392.4772
                                      *Attorneys for Plaintiff*

The application is ✓ granted.
SO ORDERED         denied.

**s/ WFK**

William F. Kuntz, II, U.S.D.J.
Dated: March 28, 2022
       Brooklyn, New York